UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. VAUGHNS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04846-JST<br><br>**ORDER VACATING HEARING AND DENYING AS MOOT MOTIONS TO APPEAR BY TELEPHONE**<br><br>Re: ECF Nos. 5, 12, 15, 16, 23, 24 |

A hearing on Plaintiff Vaughns' motion for remand and Defendants' motion to dismiss is scheduled for December 19, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission. The pending motions to appear by telephone at the December 19 hearing are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: December 12, 2013

_____
JON S. TIGAR
United States District Judge