Eric D. Houser, Esq. (SBN 130079)
John P. Ward (SBN 274895)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:    (949) 679-1111
Facsimile:    (949) 679-1112
E-Mail: jward@houser-law.com

Attorneys for Defendants HOMEWARD RESIDENTIAL, INC., F/K/A/ AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC., and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| THOMAS E. VAUGHNS; BESSIE M. VAUGHNS,<br><br>            Plaintiffs,<br><br>   v.<br><br>HOMEWARD RESIDENTIAL, INC., F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 3:13-cv-04846-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current Case Management Conference:<br>Date: April 9, 2014<br>Time: 2:00 p.m.<br>Courtroom 9, 19th Floor |

Plaintiffs Thomas E. Vaughns and Bessie M. Vaughns ("Plaintiffs") and Defendants Homeward Residential, Inc., F/K/A American Home Mortgage Servicing, Inc., Power Default Services, Inc. and U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 ("U.S. Bank, as

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

Trustee") (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and move for an Order as follows:

1. On January 15, 2014, the Clerk issued a notice continuing the Initial Case Management Conference to April 9, 2014 at 2:00 PM and further provided notice that the Joint Case Management Statement is due by March 26, 2014.

2. Plaintiffs' Motion for Remand and Defendants' Motion to Dismiss are under submission for ruling by the Court. No rulings have been issued to date. As such, this Court's jurisdiction over this matter has not been confirmed or denied and the pleadings are not yet at issue.

3. Accordingly, the parties request that the Initial Case Management Conference and Joint Case Management Statement deadline be continued to a date to be set by the Court.

DATED: March 25, 2014                    **Law Offices of Timothy L. McCandless**

/s/ Timothy L. McCandless (approved 3/25/14)
Timothy L. McCandless
Attorney for Plaintiffs Thomas and Bessie Vaughns

DATED: March 25, 2014                    **Houser & Allison, APC**

/s/ John P. Ward
John P. Ward
Attorney for Defendants Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc., Power Default Services, Inc., and U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1

**[PROPOSED] ORDER**

The above STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE is approved.

1. The Initial Case Management Conference is hereby rescheduled to occur on __May 21, 2014__, at __2:00 p.m.__, in Courtroom 9 of the above-entitled Court.
2. Joint Case Management Statement is due by ~~March 26, 2014~~ __May 7, 2014__.

IT IS SO ORDERED.

DATED: __March 26, 2014__

_____
Hon. Judge Jon S. Tigar

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

ORDER
1