Eric D. Houser, Esq. (SBN 130079)
John P. Ward (SBN 274895)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
E-Mail: jward@houser-law.com

Attorneys for Defendants HOMEWARD RESIDENTIAL, INC., F/K/A/ AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC., and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

LAW OFFICES OF TIMOTHY L. MCCANDLESS
Timothy L. McCandless, Esq., SBN 147715
4740 Green River Road, Suite 208
Corona, California 92880

Attorneys for Plaintiffs THOMAS E. VAUGHNS; BESSIE M. VAUGHNS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| THOMAS E. VAUGHNS; BESSIE M. VAUGHNS,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC., F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-04846-JST<br><br>Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>[L.R. 6-1] |

ORDER
1

1    This matter having come before the Court on the stipulation to extend time for
2    Defendants HOMEWARD RESIDENTIAL, INC., F/K/A/ AMERICAN HOME MORTGAGE
3    SERVICING, INC., POWER DEFAULT SERVICES, INC., and U.S. BANK NATIONAL
4    ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST
5    2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 to file a
6    responsive pleading to Plaintiff's Complaint, and the Court having considered the matter herein.
7    THEREFORE it is ORDERED as follows:
8    The time for filing a responsive pleading to Plaintiffs' Complaint by Defendants is
9    extended by one week, up to and including May 20, 2014.
10   **IT IS SO ORDERED.**
11
12   Dated: __May 13, 2014_____

