Eric D. Houser, Esq. (SBN 130079)
John P. Ward (SBN 274895)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: jward@houser-law.com

Attorneys for Defendants HOMEWARD RESIDENTIAL, INC., F/K/A/ AMERICAN HOME MORTGAGE SERVICING, INC., POWER DEFAULT SERVICES, INC., and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| THOMAS E. VAUGHNS; BESSIE M. VAUGHNS,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC., F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-04846-JST<br><br>Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING AMENDED STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO DISCOVERY BEYOND THE DISCOVERY CUT-OFF** |

This matter having come before the Court on the stipulation by and between the parties extending Defendants' deadline to respond to Plaintiffs' discovery requests beyond the discovery cut-off, and the Court having considered the matter herein, and good cause appearing,

///

ORDER GRANTING STIPULATION

1

THEREFORE it is ORDERED as follows:

1. Homeward will appear for deposition on April 17, 2015 at the Irvine Office of Houser & Allison, APC;
2. Defendants will respond to the Requests for Production on or before April 16, 2015; and
3. Defendants will respond to the Requests for Admission and Form Interrogatories on or before April 17, 2015.
4. The expert disclosure cutoff is extended to May 8, 2015.

**IS IT SO ORDERED.**

Dated: March 31, 2015

