UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. VAUGHNS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOMEWARD RESIDENTIAL, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04846-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 42 |

The parties have filed a stipulation of dismissal dated March 31, 2015, stating that they have agreed to a settlement of this action. ECF No. 42. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 21, 2015

_____
JON S. TIGAR
United States District Judge